## United States District Court
### Violation Notice
(Rev. 1/2020)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NA2 | E 1451952 | Fritschie | 20e |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 04/23/2022 0630 | AL 32-5A-171 |

Place of Offense

Rideout + Secured Gateway   Redstone Arsenal

Offense Description: Factual Basis for Charge                    HAZMAT ☐

AL 32-5A-171
Speed: 1-20 MPH
53 MPH in a 35 MPH

### DEFENDANT INFORMATION

Last Name

Council II    Eric    Antonio

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ Color |
|---|---|---|---|---|
| 1523BFS | AL | '06 | BMW 325i | Gld |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 75.00  Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov**     $ 105.00  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _[signature]_

Original - CVB Copy

*E1451952*

---

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
              Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident